Latavia BEDFORD, Plaintiff,

v.

**FAMILY DOLLAR STORES OF FLORIDA, INC., Defendant.**

Case No. 14–cv–61993.

United States District Court, S.D. Florida.

Signed March 5, 2015.

Chris Kleppin, Glasser & Kleppin, P.A., Plantation, FL, for Plaintiff.

John A. Ybarra, Littler Mendelson, P.C., Chicago, IL, Jorge Zamora, Jr., Jessica Theresa Travers, Littler Mendelson, P.C., Miami, FL, for Defendant.

*ORDER GRANTING MOTION TO APPEAR PRO HAC VICE, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICE OF ELECTRONIC FILINGS*

DONALD M. MIDDLEBROOKS, District Judge.

THIS CAUSE comes before the Court upon a Motion to Appear *Pro Hac Vice*, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE 80) ("Motion"), filed on March 4, 2015. The Court has reviewed the record and is fully advised in the premises.

Pursuant to Local Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, the Motion requests permission for the limited appearance of Bill Allen, of Littler Mendelson, P.C., as co-counsel on behalf of Defendant Family Dollar Stores of Florida, Inc. in this matter. The Motion has been properly filed with the required documentation, and the attorney appears to be in good standing. However, the Court notes that Mr. Allen has made appearances in three separate matters in this District within the past year. Although the Court allows Mr. Allen to proceed *pro hac vice* in this matter, Local Rule 4(b)(2) provides that "more than three appearances within a 365–day period in separate representations before the Courts of this District shall be presumed to be a 'general practice.'" Counsel is advised to seek admission to the Bar for future appearances. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notice of Electronic Filings (DE 80) is **GRANTED**. Bill Allen may appear and participate in this matter as co-counsel on behalf of Defendant Family Dollar Stores of Florida, Inc. The Clerk shall provide electronic notification of all electronic filings to Bill Allen at BAllen@littler.com.